UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

RECEIVED VIA MAIL
NOV -7 08
CLERK U.S.
COURT SO. DIST. OF FLA.

In re: Piccadilly Cafeterias, Inc.              Case No. 03-27976-RBR
                                                 Chapter 11

_____Debtor_____/

### APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, <u>American Property Locators, Inc.</u>, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ <u>6,093.27</u>, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of <u>Trans Louisiana Gas Co</u>. Applicant further states that:

1.  (Indicate one of the following items:)

    ___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under

LF-27 (rev. 06/02/08)
Page 1 of 3

| FINANCIAL OFFICE REVIEW | | |
|---|---|---|
| Application Received | Date: 11/7/08 | Initials: d |
| Payment Approved | Date: 11/7/08 | Initials: d |
| Forwarded to Judge | Date: 11/7/08 | Initials: d |
| Accounting Code | 6047 BR | |

whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

__X__ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

LF-27 (rev. 06/02/08)                         Page 2 of 3

2.  Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.  Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: 11/4/2008

Trans Louisiana Gas Co
Name Under Which Funds Were Deposited

___Scheduled Liability___
Claim Number

Trans Louisiana Gas Co
Name of Party On Whose Behalf Application Was Filed*

Address: 1800 Three Lincoln Centre
5430 LBJ Freeway

Dallas, TX  75240

_____
Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #) 73-1425193

Ron B. Leppke, Locator
Print Name and Title of Applicant

American Property Locators, Inc.
Print Company Name

3855 S Boulevard, Suite 200
Print Street Address

Edmond, OK  73013
Print City and State

(405) 340-4900
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me
on November 4, 2008
_____
NOTARY PUBLIC, AT LARGE
STATE OF OKLAHOMA

KATRINA J. CUTTER
Notary Public
State of Oklahoma
Commission # 03004752  Expires 04/27/11

## LIMITED POWER OF ATTORNEY

Trans Louisiana Gas Co, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Ron B. Leppke of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents _specifically arising from the Piccadilly Cafeterias, Inc. bankruptcy matter_ that belong to the Principal**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 29 day of October, 2008.

**PRINCIPAL:**
Trans Louisiana Gas Co
(Tax ID # 75-1743247)

By: Scott Gooding
Title: Mgr - General Accts.

**PRINCIPAL'S ADDRESS:**
1800 Three Lincoln Centre
5430 LBJ Freeway
Dallas, TX 75240

**ACKNOWLEDGMENT**

STATE OF Texas
COUNTY OF Dallas

Before me, the undersigned a Notary Public, in and for said County and State on this 31st day of October, 2008, personally appeared Scott Gooding to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Mgr-Gen Acct and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
6/6/2010

Notary: Kaci Boren

Kaci Boren
Notary Public
State of Texas
Comm. Expires 06-06-2010

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Piccadilly Cafeterias, Inc.　　　　　Case No. 03-27976-RBR
　　　　　　　Debtor　　／　　　　　　　　Chapter 11

## AFFIDAVIT OF CLAIMANT

I, <u>Scott Gooding</u> , am (indicate status of claimant)

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____,
a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business"
_____; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to _____,
a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to _____,
a "funds locator" or attorney, to submit an application on my behalf; or

( x ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to <u>American Property Locators, Inc.</u> a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $<u>6,093.27</u>deposited in this court in the name of <u>Trans Louisiana Gas Co</u> and representing claim number <u>Scheduled Liability</u> (if no claim was filed write "scheduled" in blank space).

　　2. Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

LF-28 (rev. 06/02/08)　　　　　　　　　　Page 1 of 2

3. I (or the "business" I represent as claimant) have neither previously received remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 10/31/08

*[signature]*
signature of claimant or representative of "business" claimant

Scott Gooding
print name

title Manager - General Accounting

75-1743247
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

1800 Three Lincoln Centre
5430 LBJ Freeway, Dallas, TX
address

(972) 855-9724
Phone number

N/A
signature of joint debtor (if applicable)

N/A
print name

N/A
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport")

Sworn to and Subscribed before me on Oct. 31, 2008.

*[signature]*
NOTARY PUBLIC, AT LARGE

STATE OF Texas

Kaci Boren
Notary Public
State of Texas
Comm. Expires 06-06-2010

I F-28 (rev. 06/02/08)                    Page 2 of 2

## Certificate of Authority to Act for
## Trans Louisiana Gas Co

I, the undersigned, Fred Meisenheimer, as VP & Controller of Trans Louisiana Gas Co, do hereby certify that **Scott Gooding's** authority to act on behalf of Trans Louisiana Gas Co, includes, without limitation, the recovery of unclaimed funds arising from bankruptcy matters.

IN WITNESS HEREOF, I have hereunto signed my name this 31st day of October, 2008.

Trans Louisiana Gas Co

*/s/ F.E. Meisenheimer/*

Corporate seal

Notary Statement

STATE OF Texas
COUNTY OF Dallas

### ACKNOWLEDGMENT

Before me, the undersigned a Notary Public, in and for said County and State on this 31st day of October, 2008, personally appeared Fred Meisenheimer to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its VP & Controller and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires: 6/6/2010

Notary */s/ Kaci Bo.../*

Kaci Bo...
Notary Public
State of Texas
Comm. Expires 06-06-2010

**Scott Gooding, CPA**
Manager
General Accounting



5430 LBJ Freeway, Suite 600, Dallas, Texas 75240-2601
**P** 972-855-9724   **F** 972-855-3055   **M** 214-668-5514

# SUBSIDIARIES OF ATMOS ENERGY CORPORATION

| Name | State of Incorporation |
| --- | --- |
| ATMOS ENERGY HOLDINGS, INC. | Delaware |
| MISSISSIPPI ENERGIES, INC. | Mississippi |
| MISSISSIPPI WASTEWATER, INC. | Mississippi |
| MISSISSIPPI WATER, INC. | Mississippi |
| ATMOS ENERGY SERVICES, LLC (a limited liability company) (wholly-owned by Atmos Energy Holdings, Inc.) | Delaware |
| EGASCO, LLC (a limited liability company) (wholly-owned by Atmos Energy Holdings, Inc.) | Texas |
| ENERGAS ENERGY SERVICES TRUST (a business trust) (wholly-owned by Atmos Energy Services, LLC) | Pennsylvania |
| UNITED CITIES PROPANE GAS, INC. (a wholly-owned subsidiary of Atmos Energy Holdings, Inc.) | Tennessee |
| ENERMART ENERGY SERVICES TRUST (a business trust) (wholly-owned by Atmos Energy Holdings, Inc.) | Pennsylvania |
| ATMOS ENERGY MARKETING, LLC (a limited liability company) (wholly-owned by Atmos Energy Holdings, Inc.) | Delaware |
| ATMOS POWER SYSTEMS, INC. (a wholly-owned subsidiary of Atmos Energy Holdings, Inc.) | Georgia |
| ATMOS PIPELINE AND STORAGE, LLC (a limited liability company) (wholly-owned by Atmos Energy Holdings, Inc.) | Delaware |

| Name | State of Incorporation |
| --- | --- |
| UCG STORAGE, INC. (wholly-owned by Atmos Pipeline and Storage, LLC) | Delaware |
| WKG STORAGE, INC. (wholly-owned by Atmos Pipeline and Storage, LLC) | Delaware |
| ATMOS EXPLORATION AND PRODUCTION, INC. | Delaware |

```
                                                                     
(wholly-owned by Atmos Pipeline and Storage, LLC)

TRANS LOUISIANA INDUSTRIAL GAS COMPANY, INC.                Delaware
(wholly-owned by Atmos Energy Marketing, LLC)

WOODWARD MARKETING, LLC                                     Delaware
(a limited liability company)
(wholly-owned by Atmos Energy Marketing, LLC)

SOUTHERN RESOURCES, INC.                                    Kentucky
(wholly-owned by Woodward Marketing, LLC)

TRANS LOUISIANA GAS PIPELINE, INC.                         Louisiana
(wholly-owned by Atmos Pipeline and Storage, LLC)

TRANS LOUISIANA GAS STORAGE, INC.                           Delaware
(wholly-owned by Atmos Pipeline and Storage, LLC)
```