UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

PICCADILLY CAFETERIAS, INC.,
now known as CAPITAL CITY
CORNICHON CORP.,

    Debtor.
_____/

Chapter 11 Case

Case No. 03-27976-BKC-RBR



### NOTICE OF DEPOSIT OF FUNDS WITH THE U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

Soneet R. Kapila, the Plan Administrator of the *Amended Joint Chapter 11 Plan of Liquidation Proposed by Piccadilly Cafeterias, Inc., now known as Capital City Cornichon Corp. and the Official Committee of Unsecured Creditors*, as modified by that certain *Modification to Amended Joint Chapter 11 Plan of Liquidation* (D.E. 1026) (collectively, the "Plan"), has a balance of $540.96 in his trust account which represents final distributions to those claimants whose interim distribution checks have been unpresented.

Pursuant to the Court's *Order Granting Plan Administrator's Motion for Authorization to Deposit Final Distributions Into Registry of This Court for Claimants Whose Interim Distribution Checks Have Been Unpresented* (D.E. 2715), dated October 30, 2008 (the "Order"), the Court authorized the Plan Administrator to deposit into the registry of this Court, all sums representing final distributions to those claimants whose interim distribution checks have been unpresented, in lieu of issuing checks to such claimants that would inevitably be returned.

2287075-1 BERGER SINGERMAN    Boca Raton   Fort Lauderdale   Miami   Tallahassee
attorneys at law
350 East Las Olas Boulevard   Suite 1000   Fort Lauderdale, Florida 33301   Telephone 954-525-9900   Facsimile 954-523-2872

Attached hereto as **Composite Exhibit "A"** are spreadsheets consisting of the names, claim numbers and last known addresses of the claimants, and also includes a column reflecting the amount of each of the claimant's respective final distribution.

**WHEREFORE**, the Plan Administrator hereby gives notice that the above stated sum of $540.96 has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, in accordance with the Order.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by first class, U.S. Mail on this 26th day of August 2009 to all parties listed below.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

>BERGER SINGERMAN, P.A.
>Attorneys for Plan Administrator
>350 E. Las Olas Boulevard, Suite 1000
>Fort Lauderdale, FL 33301
>Tel. (954) 525-9900
>Fax (954) 523-2872
>
>By: _____
>Leslie Gern Cloyd
>Florida Bar No. 303305
>lcloyd@bergersingerman.com

Soneet R. Kapila, Plan Administrator
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316

Office of the U.S. Trustee
51 Southwest First Avenue
Room 1204
Miami, FL 33130

# COMPOSITE EXHIBIT "A"

**PICCADILLY CAFETERIAS, INC.,**
**Now Known as CAPITAL CITY CORNICHON CORP., Debtor**
**United States Bankruptcy Court - Southern District of Florida**
**Case No. 03-27976-BKC-RBR - Chapter 11**

Supplemental Final Distribution Check Deposited With Clerk Of Court
August 21, 2009

| Claimant | Claimant Address 1 | Claimant Address 2 | City | State | Zip | Claim # | Claim Amount | Deposit With Clerk |
|---|---|---|---|---|---|---|---|---|
| Alfred's Plumbing Service Inc. | 7923 Hwy 182 E | | Morgan City | LA | 70380 | 8 | $ 300.00 | $ 0.47 |
| SEARS ROEBUCK & CO COMMERCIAL CREDIT | SEARS COMMERCIAL CREDIT | 4300 WESTOWN PARKWAY | WEST DES MOINES | IA | 50266-1036 | 12 | 2,477.77 | 3.89 |
| COBURN SUPPLY | PO BOX 263437 | | BATON ROUGE | LA | 70826-3437 | 65 | 1,130.07 | 1.77 |
| Jani King of Southeast Mississippi | 122 W. Pine St. | | Ponchatoula | LA | 70454 | 67 | 1,101.00 | 1.73 |
| CED | PO BOX 3225 | | LOUISVILLE | KY | 40201- | 74 | 183.05 | 0.28 |
| R R Parking Lot Maintenance | 14205 SW 109th Pl. | | Miami | FL | 33176 | 87 | 775.00 | 1.22 |
| HEMPHILL SERVICES INC | PO BOX 698 | | PLEASANT GROVE | AL | 35127- | 93 | 73.00 | 0.12 |
| PRODUCE CO, THE | PO BOX 2063, 1414 WILMER AVE | | ANNISTON | AL | 36202- | 94 | 132.10 | 0.20 |
| HOLOX LTD | PO BOX 6100 | | NORCROSS | GA | 30091- | 117 | 27.49 | 0.04 |
| SECURITY ONE INC | 2741 NONCONNAH BLVD #370 | | MEMPHIS | TN | 38132- | 140 | 269.10 | 0.42 |
| BALLOON BUNCH USA INC | PO BOX 2533 | | CARROLLTON | GA | 30112- | 142 | 239.67 | 0.38 |
| SG Fire Protection | 2504 Ingrid Ln | | Metairie | LA | 70003 | 158 | 267.50 | 0.42 |
| PURE AIR FILTER SALES & SERVICE | 723 MAIN ST | | GREENWOOD | MS | 38930- | 186 | 110.31 | 0.17 |
| ACE LOCK & KEY | PO BOX 9696 | | BIRMINGHAM | AL | 35220- | 203 | 190.00 | 0.30 |
| Anderson Lock & Security | P.O Box 8665 | | Gray | TN | 37615 | 213 | 116.07 | 0.18 |
| ALL PLUMBING INC | 807 WALNUT ST | | MONROE | LA | 71201- | 223 | 395.00 | 0.62 |
| Janpak | P.O. Box 130 | | Bluefield | WV | 24701 | 281 | 536.22 | 0.84 |
| PIEZALL WIPERS | 9869 NW 79 AVE | | HIALEAH GARDENS | FL | 33016- | 297 | 611.42 | 0.96 |
| TYLER EQUIPMENT SERVICE | PO BOX 281416 | | MEMPHIS | TN | 38168- | 302 | 3,069.21 | 4.82 |
| Seymour Cleerly | C/O David Barrone | 7170 S. 900 W. | Hudson | IN | 46747 | 314 | 95.40 | 0.13 |
| EXPANETS | 9780 MOUNT PYRAMID CT #400 | | ENGLEWOOD | CO | 80112- | 317 | 527.70 | 0.83 |
| CENTRAL VIRGINIA REPAIR INC | 7608 HULL ST | | RICHMOND | VA | 23235- | 336 | 1,838.99 | 2.89 |
| A 24 HOUR DOOR SERVICE | 221 E LIME ST | | LAKELAND | FL | 33801- | 348 | 234.00 | 0.27 |
| A+ Cleaning & Floors Inc. | 2329 Woodland Dr. | | Edgewater | FL | 32141 | 364 | 1,696.00 | 2.67 |
| S&S Sprinkler Co LLC | P.O. Box 7453 | | Mobile | AL | 36670 | 383 | 200.00 | 0.31 |
| Pipe Doctor Plumbing Co. | 5344 Breckenwood Dr. | | Memphis | TN | 38127 | 386 | 85.00 | 0.14 |
| Big State Spring Co. Inc. | P.O. Box 5255 | | Corpus Christi | TX | 78465 | 437 | 111.58 | 0.18 |
| Iron Age Corp | P.O. Box 1449 | | Pittsburgh | PA | 15230 | 455 | 248.60 | 0.39 |
| Uniflex Inc. | 383 W. John St. | | Hicksville | NY | 11801 | 466 | 1,270.20 | 1.99 |
| Dixie Farms Inc. | 2301 Breaux Bridge Hwy | | Lafayette | LA | 70501 | 474 | 268.01 | 0.42 |
| Service Plus | 148 Hilltop Dr. | | Decaturville | TN | 38329 | 476 | 89.84 | 0.14 |
| A&B POULTRY LLC | PO BOX 9250 | | SAINT LOUIS | MO | 63117- | 505 | 4,403.85 | 6.92 |
| A Big Party By Ms Sheri & Ms Holly The Clown | 9312 Howze Rd | | Glen Allen | VA | 23060 | 523 | 400.00 | 0.55 |
| C&C CLEANING | 5924 BENJAMIN ST | | ALEXANDRIA | LA | 71303- | 534 | 450.00 | 0.70 |
| CENTRAL VA REPAIR INC | 7608 HULL ST | | RICHMOND | VA | 23235- | 559 | 74.00 | 0.12 |
| VIRGINIA NATURAL GAS | 5100 E VIRGINIA BEACH BLVD | | NORFOLK | VA | 23502- | 561 | 6,892.32 | 10.83 |
| VIRGINIA NATURAL GAS | 5100 E VIRGINIA BEACH BLVD | | NORFOLK | VA | 23502- | 562 | 3,563.35 | 5.59 |
| VIRGINIA NATURAL GAS | 5100 E VIRGINIA BEACH BLVD | | NORFOLK | VA | 23502- | 563 | 1,954.31 | 3.07 |
| VIRGINIA NATURAL GAS | 5100 E VIRGINIA BEACH BLVD | | NORFOLK | VA | 23502- | 564 | 1,587.02 | 2.50 |
| MOUNTAINVIEW CHEM-DRY | 111 139TH ST N | | BIRMINGHAM | AL | 35222- | 566 | 695.00 | 1.09 |
| ADDENBROOK SEPTIC TANK CONTR INC | PO BOX 62422 | | VIRGINIA BEACH | VA | 23466-2422 | 577 | 145.00 | 0.22 |
| Bobico Inc. | 12505 E. 35th St. | | Tulsa | OK | 74146 | 579 | 234.18 | 0.36 |
| DRAIN LINE SERVICES INC | 508B N ENGLISH STATION RD | | LOUISVILLE | KY | 40223-4722 | 580 | 140.00 | 0.22 |
| RP Smith Plumbing | 34 NW 9th Ave. | | Homestead | FL | 33030 | 630 | 211.25 | 0.33 |
| Kennedy's Telephone Services | P.O. Box 20309 | | Bradenton | FL | 34204 | 643 | 215.00 | 0.34 |
| WALMART STORES INC | WALMART CORP OFFICE | P. O. BOX 38997 | TUSCALOOSA | AL | 35403-8997 | 654 | 755.49 | 1.05 |
| TEXTILEASE UNIFORM SERVICES | PO BOX 430 | | SUMTER | SC | 29151- | 673 | 877.30 | 1.38 |
| Earnest Walker Cleaning | 1613 Long Hunter Ln | | Nashville | TN | 37217 | 685 | 1,600.00 | 2.51 |
| LA COCA COLA BOTTLING COMPANY | 5601 CITRUS BLVD | | HARAHAN | LA | 70123 | 688 | 2,301.98 | 3.61 |
| STRICKLAND COMPANIES INC, THE | 13800 SW 8TH ST #113 | | MIAMI | FL | 33184- | 702 | 1,812.01 | 2.84 |
| TOTAL | | | | | | | $ 46,981.36 | $ 73.42 |

# PICCADILLY CAFETERIAS, INC.,
## Now Known as CAPITAL CITY CORNICHON CORP., Debtor
United States Bankruptcy Court - Southern District of Florida
Case No. 03-27976-BKC-RBR - Chapter 11

### Supplemental Final Distribution Check Deposited With Clerk Of Court
August 21, 2009

| Claimant | Claimant Address 1 | Claimant Address 2 | City | State | Zip | Claim # | Claim Amount | Deposit With Clerk |
|---|---|---|---|---|---|---|---|---|
| SBC COMMUNICATIONS | SOUTHWESTERN BELL | PO BOX 981268 | WEST SACRAMENTO | CA | 95798- | 715 | $ 1,276.88 | $ 2.00 |
| VISION WINDOW WASHING | 1223 KING ST | | JACKSONVILLE | FL | 32204- | 719 | 1,208.80 | 1.90 |
| City of Atlanta | Saul Schultz, City of Atlanta Law Dept. | 68 Mitchell St. # 4100 | Atlanta | GA | 30335 | 726 | 2,436.60 | 3.83 |
| Gentry's Poultry Co., Inc. | P.O. Box 38 | | Ward | SC | 29166 | 761 | 409.36 | 0.64 |
| WILLIAMS MECHANICAL CONTRACTING | C/O SCOTT WILLIAMS | 401 10TH ST SW | CULLMAN | AL | 35055- | 825 | 3,507.68 | 4.21 |
| GREENERY GALLERY INC | PO BOX 60444 | | CHARLESTON | SC | 29419- | 827 | 137.80 | 0.17 |
| ECO SERVICES | 11200 OLD HWY 78 | | OLIVE BRANCH | MS | 38654- | 872 | 5,422.57 | 6.50 |
| A B CENTRAL INC | 124 SW 5TH ST | | FORT LAUDERDALE | FL | 33301- | 906 | 127.04 | 0.17 |
| MAID MY DAY INC | 19058 CUTRER RD | | KENTWOOD | LA | 70444- | 925 | 1,617.00 | 2.24 |
| EXPANETS | 9780 MT PYRAMID CT #400 | | ENGLEWOOD | CO | 80112- | 952 | 165.98 | 0.19 |
| EXPANETS | 9780 MT PYRAMID CT #400 | | ENGLEWOOD | CO | 80112- | 953 | 32.37 | 0.05 |
| EXPANETS | 9780 MT PYRAMID CT #400 | | ENGLEWOOD | CO | 80112- | 954 | 51.74 | 0.06 |
| EXPANETS | 9780 MT PYRAMID CT #400 | | ENGLEWOOD | CO | 80112- | 955 | 36.56 | 0.05 |
| EXPANETS | 9780 MT PYRAMID CT #400 | | ENGLEWOOD | CO | 80112- | 956 | 26.27 | 0.04 |
| EXPANETS | 9780 MT PYRAMID CT #400 | | ENGLEWOOD | CO | 80112- | 957 | 128.36 | 0.16 |
| Boys in the Hood | 739 Twin Lakes Rd. | | Rock Hill | SC | 29732 | 965 | 700.00 | 0.97 |
| MONTGOMERY POULTRY | 809 DRAGO | | WEST MONROE | LA | 71291- | 1008 | 1,025.41 | 1.21 |
| LAKELAND DEVELOPMENT CORP | 2829 LAKELAND DR #1425 | | JACKSON | MS | 39232- | 1027 | 300.00 | 0.37 |
| WIGINTON CORP | 255 PRIMERA BLVD #230 | | LAKE MARY | FL | 32647- | 1028 | 2,276.18 | 2.74 |
| WHALEY FOODSERVICE REPAIRS | PO BOX 4023 | | WEST COLUMBIA | SC | 29171- | 1033 | 589.99 | 0.70 |
| EXPANETS | 9780 MT PYRAMID CT #400 | | ENGLEWOOD | CO | 80112- | 1040 | 181.41 | 0.21 |
| INFOMATIKA PUBLICATIONS | 100 WALNUT ST #6 | | CHAMPLAIN | NY | 12919- | 1089 | 349.95 | 0.43 |
| NATIONAL LINEN SERVICE | 1420 PEACHTREE ST NE #200 | | ATLANTA | GA | 30309- | 1097 | 2,123.33 | 2.55 |
| Turf Greenairy LLC | P.O. Box 747 | | Kenner | LA | 70063 | 1114 | 400.00 | 0.48 |
| Service Master of Opelousas | P.O. Box 412 | | Cecilia | LA | 70521 | 1122 | 490.50 | 0.59 |
| FULTON FISH COMPANY | 545 10TH ST S | | JACKSONVILLE BEACH | FL | 32250- | 1128 | 2,816.18 | 3.36 |
| RAINBOW PAPER COMPANY, THE | PO BOX 9985 | | NEW IBERIA | LA | 70562-9985 | 1144 | 64.74 | 0.08 |
| Schneider, Glenn | 200 W. 5th Ave. | | Tallahassee | FL | 32303 | 1149 | 800.00 | 0.96 |
| Aquatechnologies Aes Inc. | Don Woollen | 8136 Leo Kidd Ave. | Port Richey | FL | 34668 | 1187 | 3,686.16 | 4.41 |
| City of Colonial Heights | Rebecca S. Wilson Treasurer | P.O. Box 3401 | Colonial Heights | VA | 23834 | 1230 | 252.45 | 0.30 |
| Energy Solutions Inc. | P.O. Box 6008 | Mail Unit L Jef 359 | New Orleans | LA | 70174 | 1234 | 16,794.53 | 20.12 |
| Entergy Gulf States Inc. | P.O. Box 6008 | Mail Unit L Jef 359 | New Orleans | LA | 70174 | 1235 | 84,562.91 | 101.34 |
| Entergy Solutions LTD | Mail Unit Jef 359 | | New Orleans | LA | 70174 | 1306 | 49,426.45 | 68.44 |
| A-AACTION LOCKSMITHS | 3501 S ORANGE BLOSSOM TRL | P.O. Box 6008 | ORLANDO | FL | 32839-8973 | Scheduled Liability | 112.00 | 0.14 |
| ADVANTA LEASING CORP | PO BOX 15110 | | WILMINGTON | DE | 01988-6134 | Scheduled Liability | 383.75 | 0.47 |
| ARIES P & C, INC | PO BOX 3111 | | LAKE CHARLES | LA | 70602-3111 | Scheduled Liability | 167.00 | 0.20 |
| ATLANTA SHARPTECH | PO BOX 406716 | | ATLANTA | GA | 30384-6716 | Scheduled Liability | 520.00 | 0.62 |
| B & P Septic Tank Service | 211 Windbrook Ln | | Boiling Springs | SC | 29316 | Scheduled Liability | 290.00 | 0.40 |
| BERTHA A BRANCH | | | BATON ROUGE | LA | 70816- | Scheduled Liability | 119.00 | 0.15 |
| BRINK'S HOME SECURITY, INC | PO BOX 650532 | | DALLAS | TX | 75265-0532 | Scheduled Liability | 30.00 | 0.03 |
| Capitol Armored Services | P.O. Box 964 | | Kingsport | TN | 37662 | Scheduled Liability | 338.00 | 0.41 |
| CHECKCARE SYSTEMS, INC | PO BOX 751140 | | MEMPHIS | TN | 38175-1140 | Scheduled Liability | 58.00 | 0.07 |
| CHECKCARE SYSTEMS, INC | PO BOX 62400 | | VIRGINIA BEACH | VA | 23466-2400 | Scheduled Liability | 5.00 | 0.01 |
| HANDY TANDY | 2593 EAST TUPELO ST. | | DECATUR | GA | 30317- | Scheduled Liability | 400.00 | 0.48 |
| Independence High School | Keith Carona | | Independence | LA | 70443 | Scheduled Liability | 60.00 | 0.08 |
| JOHN WHITKER | C/O PICCADILLY CAFETERIA | 4273 ROBINSON ROAD, SUITE 1 | JACKSON | MS | 39209- | | 78.00 | 0.09 |
| MERCHANT PRODUCT SERVICES | 7500 EMPIRE DRIVE | | FLORENCE | KY | 41042- | | 446.00 | 0.52 |
| Pump Outs "R" Us Inc. | P.O. Box 570762 | | Miami | FL | 33257 | | 450.00 | 0.54 |
| SAM'S CLUB | PO BOX 105983, DEPT. 49 | | ATLANTA | GA | 30348-5983 | | 263.00 | 0.36 |
| Thad Coleman | 500 A Mills Ave. | | Greenville | SC | 29605 | | 250.00 | 0.31 |
| TOTAL | | | | | | | $ 187,394.95 | $ 236.35 |

**PICCADILLY CAFETERIAS, INC.,**
**Now Known as CAPITAL CITY CORNICHON CORP., Debtor**
United States Bankruptcy Court - Southern District of Florida
Case No. 03-27976-BKC-RBR - Chapter 11

**Supplemental Final Distribution Check Deposited With Clerk Of Court**
August 21, 2009

| Claimant | Claimant Address 1 | Claimant Address 2 | City | State | Zip | Claim # | Claim Amount | Deposit With Clerk |
|---|---|---|---|---|---|---|---|---|
| American Seafood Co. | P.O. Box 191 | | Pensacola | FL | 32591 | Scheduled Liability | $ 202.00 | $ 0.28 |
| Atech Incorporated | P.O. Box 24614 | | Nashville | TN | 37202 | Scheduled Liability | 194.00 | 0.27 |
| Aurora Village Florist | 4825 General Meyer Ave. | | New Orleans | LA | 70131 | Scheduled Liability | 56.00 | 0.08 |
| CHECKCARE SYSTEMS, INC | 731 S Pear Orchard Rd | Suite 23 | Ridgeland | MS | 39157-4839 | Scheduled Liability | 25.00 | 0.04 |
| Cintas Corp. | 3894 Beasley Rd. | | Jackson | MS | 39213 | Scheduled Liability | 1,330.00 | 1.84 |
| COCA-COLA BOTTLING CO | PO BOX 1000 | | MEMPHIS | TN | 38148-0132 | Scheduled Liability | 1,297.00 | 1.56 |
| CRESCENT CITY LANDSCAPING, INC | DANIEL CARTER | 6324 ROSALIE CT | METAIRIE | LA | 70003-3553 | Scheduled Liability | 400.00 | 0.48 |
| CROSS & SONS, INC | 2112 BRITT RD | | DOUGLASVILLE | GA | 30135-3106 | Scheduled Liability | 958.00 | 1.14 |
| Design with Nature | 3839 River Rd. | | Jefferson | LA | 70121 | Scheduled Liability | 79.00 | 0.09 |
| Energy | P.O. Box 61009 | | New Orleans | LA | 70161 | Scheduled Liability | 9,994.00 | 13.84 |
| Envirogenesis | 8016 Lewinsville Rd. | | McLean | VA | 22102 | Scheduled Liability | 219.00 | 0.30 |
| Estate of Virginia Hay | Peterson C/O Compass Bank #71140210 | P.O. Box 4835 | Houston | TX | 77210 | Scheduled Liability | 16,666.66 | 19.98 |
| FLORIDA CARBONIC | 2914 N US HIGHWAY 301 | | Tampa | FL | 33619-2240 | Scheduled Liability | 4.24 | 0.01 |
| FOLIAGE DESIGN SYSTEMS | PO BOX 16365 | | JACKSONVILLE | FL | 32245-6365 | Scheduled Liability | 470.00 | 0.65 |
| Freddie Thomas Pressure | Freddie Thomas | 7242 Albany St. | Baton Rouge | LA | 70812 | Scheduled Liability | 50.00 | 0.07 |
| FS Carpet Cleaning | Frankling Eugene Smith | 2760 Parkwood Rd. SE | Smyrna | GA | 30080 | Scheduled Liability | 300.00 | 0.42 |
| Green Guard | First Aid & Safety Equip. | P.O. Box 71032 | Marietta | GA | 30007 | Scheduled Liability | 137.00 | 0.18 |
| H A BALTON SIGN CO | PO BOX 820103 | | MEMPHIS | TN | 38182-0103 | Scheduled Liability | 345.00 | 0.48 |
| Interiors in Green | P.O. Box 1926 | | Saint Louis | MO | 63118 | Scheduled Liability | 73.00 | 0.10 |
| JAN'S FLOWERS & GIFTS | 539 GLYNN ST N | | FAYETTEVILLE | GA | 30214-1108 | Scheduled Liability | 52.49 | 0.06 |
| Joe B Sullivan & Sons | Plumbing Co, Inc | 292 Hermitage Ave. | Nashville | TN | 37210 | Scheduled Liability | 541.00 | 0.75 |
| JOHN H FOWLER INC | 2648 HILLSIDE LN | | EVANSTON | IL | 60201-4933 | Scheduled Liability | 161.00 | 0.19 |
| KELLY PRODUCTS | PO BOX 44308 | | PANORAMA CITY | CA | 91412-0308 | Scheduled Liability | 576.00 | 0.80 |
| Kentwood Spring Water | P.O. Box 50550 | | New Orleans | LA | 70150 | Scheduled Liability | 55.00 | 0.08 |
| KUSTOM FURNITURE & UPHOLSTERY | 9352 S CHOCTAW DR | | BATON ROUGE | LA | 70815-8903 | Scheduled Liability | 164.00 | 0.19 |
| LADYBUGS PARKING LOT SWEEPING, INC | 3129 CAMERON ST STE 2 | | LAFAYETTE | LA | 70506- | Scheduled Liability | 96.00 | 0.14 |
| MAYER MYERS PAPER CO | PO BOX 410 | | MEMPHIS | TN | 38101-0410 | Scheduled Liability | 172.00 | 0.23 |
| MR FIRST AID | PO BOX 182 | | FAYETTEVILLE | PA | 17222-0182 | Scheduled Liability | 70.00 | 0.10 |
| NATIONAL PEN CORPORATION | PO BOX 305161 | | NASHVILLE | TN | 37230-5161 | Scheduled Liability | 54.00 | 0.08 |
| NEW ORLEANS POLICE DEPARTMENT | FALSE ALARM REDUCTION SECTION | 715 S BROAD ST RM 420 | New Orleans | LA | 70119-7416 | Scheduled Liability | 25.00 | 0.04 |
| Pat Pickle Septic Tank | James Pickle | 2349 Brookside Rd. | Mount Olive | AL | 35117 | Scheduled Liability | 110.00 | 0.14 |
| Petrochem Fluid Controls | P.O. Box 1266 | | Lake Charles | LA | 70602 | Scheduled Liability | 73.00 | 0.10 |
| RCR Cleaning Service, Inc. | 2121 N. Causeway Blvd. Ste. 156A | | Metairie | LA | 70001 | Scheduled Liability | 180.00 | 0.25 |
| Refrigeration Supply Co. | P.O. Box 7545 | | Mobile | AL | 36670 | Scheduled Liability | 147.00 | 0.20 |
| ROTO-ROOTER | PO BOX 13026 | | MONROE | LA | 71213-3026 | Scheduled Liability | 142.00 | 0.19 |
| Southern Appliance Serv. | P.O. Box 271045 | | Tampa | FL | 33688 | Scheduled Liability | 240.43 | 0.33 |
| SPRINT | PO BOX 30723 | | TAMPA | FL | 33630-3723 | Scheduled Liability | 285.00 | 0.35 |
| ST LOUIS FOOD SERVICE | 4136 T HILLS DR | | FLORISSANT | MO | 63033-6708 | Scheduled Liability | 2,669.00 | 3.70 |
| ST LOUIS FOOD SERVICE | REEDY EQUIPMENT SERVICES | 36658 EAGLE WAY | CHICAGO | IL | 60678-1366 | Scheduled Liability | 573.00 | 0.80 |
| SUNRISE FOOD DIST, INC | PO BOX 9976 | | CHATTANOOGA | TN | 37412-0976 | Scheduled Liability | 1,441.13 | 2.00 |
| Super Clean Sweep Ser. Inc. | P.O. Box 13201 | | Saint Louis | MO | 63157 | Scheduled Liability | 140.00 | 0.19 |
| TAYLOR-FORTUNE DIST, INC | PO BOX 62600 | DEPT 1205 | New Orleans | LA | 70162-2600 | Scheduled Liability | 34.00 | 0.05 |
| TELECHECK | PO BOX 17310 | | DENVER | CO | 80217-0310 | Scheduled Liability | 89.00 | 0.13 |
| TERMINIX | PO BOX 77459 | | BATON ROUGE | LA | 70879-7459 | Scheduled Liability | 105.00 | 0.15 |
| THE GROCE COMPANY | SOUTHWEST BANK OF TEXAS, N.A. DEPT 901 | PO BOX 4652 | HOUSTON | TX | 77210-4652 | Scheduled Liability | 1,705.00 | 2.37 |
| TRANSDATA SYSTEM, INC | 7868 ANSELMO LN | | BATON ROUGE | LA | 70810-1101 | Scheduled Liability | 1,319.00 | 1.83 |
| WASTE MANAGEMENT | PO BOX 66963 | | CHICAGO | IL | 60666-0963 | Scheduled Liability | 1,005.00 | 1.39 |
| Wiginton Fire Sprinklers | 450 South County Rd. 427 | | Longwood | FL | 32750 | Scheduled Liability | 135.00 | 0.18 |
| Wilson Fire Equip & Serv | 7303 Empire Central Dr. | | Houston | TX | 77040 | Scheduled Liability | 93.00 | 0.15 |
| ZEP MANUFACTURING CO | PO BOX 530737 | | ATLANTA | GA | 30353-0737 | Scheduled Liability | 337.00 | 0.47 |
| TOTAL | | | | | | | $ 45,588.95 | $ 59.44 |

**PICCADILLY CAFETERIAS, INC.,**
**Now Known as CAPITAL CITY CORNICHON CORP., Debtor**
**United States Bankruptcy Court - Southern District of Florida**
**Case No. 03-27976-BKC-RBR - Chapter 11**

**Supplemental Final Distribution Check Deposited With Clerk Of Court**
**August 21, 2009**

| Claimant | Claimant Address 1 | Claimant Address 2 | City | State | Zip | Claim # | Claim Amount | Deposit With Clerk |
|---|---|---|---|---|---|---|---|---|
| A & S WHOLESALE CO | 102 W RIDGEWOOD AVE | | CHATTANOOGA | TN | 37415-6422 | Scheduled Liability | $ 731.00 | $ 1.01 |
| A&A Florist | 5203 14th Ave. | | Columbus | GA | 31904 | Scheduled Liability | 31.50 | 0.04 |
| Adi Air Conditioning | 8640 NW 18th St. | | Pembroke Pines | FL | 33024 | Scheduled Liability | 306.00 | 0.43 |
| Al Hills Boiler Sales & Repair | P.O. Box 662 | | Theodore | AL | 36590 | Scheduled Liability | 411.00 | 0.56 |
| Ameripride | 1290 S. Victory Dr. | | Mankato | MN | 56001 | Scheduled Liability | 265.00 | 0.37 |
| Armstrong Electric Company | 4920 Chaney St. | | Pensacola | FL | 32503 | Scheduled Liability | 450.00 | 0.62 |
| BAUMGARDNER SERVICES, INC | 5617 FERN VALLEY RD | | LOUISVILLE | KY | 40228-1055 | Scheduled Liability | 641.00 | 0.89 |
| BRUNSON ENTERPRISES, LLC | 11813 POWELL STATION RD | | SAINT FRANCISVILLE | LA | 70808-8622 | Scheduled Liability | 500.00 | 0.69 |
| BUTCH PAULEY | 3265 KIRBY DR | | TITUSVILLE | FL | 32796-1228 | Scheduled Liability | 1,771.00 | 2.45 |
| Carol Arnold Bone | 3667 San Remo Terrance | | Sarasota | FL | 34239 | Scheduled Liability | 2,662.50 | 3.69 |
| CLEAN MASTERS | 128-HEMPHILL COURT | | SUMMERVILLE | SC | 29483-4749 | Scheduled Liability | 375.00 | 0.52 |
| Cobb County Water | 660 S. Cobb Dr. SE | | Marietta | GA | 30060 | Scheduled Liability | 300.00 | 0.42 |
| Commercial Debit Supplies | 100 Walnut St. | | Champlain | NY | 12919 | Scheduled Liability | 635.00 | 0.88 |
| COOLER'S INC | 204 REINERMAN ST | | HOUSTON | TX | 77007-7229 | Scheduled Liability | 342.00 | 0.48 |
| Cox Communications Inc. | Retail Processing Center | P.O. Box 740367 | Atlanta | GA | 30374 | Scheduled Liability | 42.00 | 0.06 |
| Cox Communications Inc. | PO Box 139004 | | TYLER | TX | 75713-9004 | Scheduled Liability | 46.00 | 0.07 |
| Cozzini Bros Inc. | P.O. Box 46489 | | Chicago | IL | 60646 | Scheduled Liability | 53.00 | 0.08 |
| CULLIGAN OF FLORIDA INC | PO BOX 680627 | | ORLANDO | FL | 32868-0627 | Scheduled Liability | 269.00 | 0.37 |
| DAVID MOORE | PO BOX 908 | | RAYMOND | MS | 39154-0908 | Scheduled Liability | 300.00 | 0.42 |
| E H MAINTENANCE PLUS | 541 U S 41 BY-PASS N, SUITE 150 | | VENICE | FL | 34292- | Scheduled Liability | 2,140.00 | 2.96 |
| East Coast Cleaning | P.O. Box 61962 | | Charleston | SC | 29419 | Scheduled Liability | 175.00 | 0.24 |
| Environmental Biotech of Tampa | 1690 74th Ave. N | | St. Petersburg | FL | 33702 | Scheduled Liability | 119.00 | 0.17 |
| Environmental Waste Recovery | P.O. Box 210 | | Acworth | GA | 30101 | Scheduled Liability | 4,050.00 | 5.61 |
| EUGENE HENRY | 411 RIVERVIEW AVE | | HOPEWELL | VA | 23860-1548 | Scheduled Liability | 800.00 | 1.11 |
| EXPRESS ENGRAVING | PO BOX 510993 | | MELBOURNE BEACH | FL | 32951-0993 | Scheduled Liability | 70.00 | 0.10 |
| FIKES OF ALABAMA | PO BOX 210158 | | MONTGOMERY | AL | 36121-0158 | Scheduled Liability | 153.00 | 0.21 |
| GLOVER FOODSERVICE | PO BOX 484 | | COLUMBUS | GA | 31902-0484 | Scheduled Liability | 90.98 | 0.13 |
| Green Floor Cleaning | 2474 Golden Camp Rd | | Augusta | GA | 30906 | Scheduled Liability | 600.00 | 0.83 |
| HANDYMAN CO | 38259 HIGHWAY 621 #3 | | Gonzalez | LA | 70737-6057 | Scheduled Liability | 8.90 | 0.01 |
| Harold E. Wells | 1246 45th Ave. N. | | Saint Petersburg | FL | 33703 | Scheduled Liability | 5,325.00 | 7.38 |
| IBM Corporation - TWY | P.O. Box 841593 | | Dallas | TX | 75284 | Scheduled Liability | 308.21 | 0.42 |
| IMPERIAL OCEANS SEAFOOD, INC | P.O. Box 440502 | | NASHVILLE | TN | 37244-0502 | Scheduled Liability | 405.00 | 0.56 |
| Interior Plant Design & Maint | P.O. Box 297 | | Carencro | LA | 70520 | Scheduled Liability | 81.00 | 0.12 |
| JANI-KING OF RICHMOND | 1100 BOULDERS PKWY STE 330 | | RICHMOND | VA | 23225-4035 | Scheduled Liability | 1,223.00 | 1.69 |
| JJ Landscape Services | Jose Benitez | 922 Pauline Ave. | Pasadena | TX | 77502 | Scheduled Liability | 375.00 | 0.52 |
| John's Plumbing Service | 1809 Hoffpauir Rd. | | Duson | LA | 70529 | Scheduled Liability | 70.00 | 0.10 |
| Kitty Gillespie | 9919 Vieux Carre Dr. | | Louisville | KY | 40223 | Scheduled Liability | 120.00 | 0.17 |
| LINENS OF THE WEEK | PO BOX 631500 | | BALTIMORE | MD | 21263-1500 | Scheduled Liability | 249.00 | 0.34 |
| MASTERS LOCK & SAFE INC | CORPORATE HEADQUARTERS | 139 E PALM DR | MARGATE | FL | 33063-4548 | Scheduled Liability | 122.00 | 0.17 |
| MEADOW GOLD DAIRIES | 601 CLINTON AVENUE | | HUNTSVILLE | AL | 35801- | Scheduled Liability | 289.00 | 0.40 |
| MEADOW GOLD DAIRIES | PO BOX 830800 | DRAWER # 851 | BIRMINGHAM | AL | 35283-0800 | Scheduled Liability | 226.00 | 0.31 |
| Parham Septic Tank Cleaning | 24611 Parham Ln | | Petersburg | VA | 23805 | Scheduled Liability | 300.00 | 0.42 |
| PLANNED MUSIC OF KENTUCKY | PO BOX 415000 | | NASHVILLE | TN | 37241-5000 | Scheduled Liability | 60.00 | 0.09 |
| PROTECTION ONE SECURITY INC | PO BOX 79016 | | PHOENIX | AZ | 85062-9016 | Scheduled Liability | 57.00 | 0.08 |
| River City Mini Storage | 2197 E. Reed Rd. | | Greenville | MS | 38703 | Scheduled Liability | 53.20 | 0.07 |
| Select Plumbing Co. Inc. | P.O. Box 2005 | | Apopka | FL | 32704 | Scheduled Liability | 365.00 | 0.51 |
| SOUTHERN GLASS INC | PO BOX 7335 | | MOBILE | AL | 36670-0335 | Scheduled Liability | 78.00 | 0.11 |
| THE LAMINATING COMPANY | 8583 E CYPRESS POINT CT | | BATON ROUGE | LA | 70809-2285 | Scheduled Liability | 549.00 | 0.76 |
| U S LIQUIDS OF TEXAS, INC /SI | PO BOX 58263 | | HOUSTON | TX | 77258-8263 | Scheduled Liability | 128.00 | 0.18 |
| Universal Solutions | P.O. Box 11407 | | Birmingham | AL | 35246 | Scheduled Liability | 129.00 | 0.18 |
| TOTAL | | | | | | | $ 28,850.29 | $ 40.01 |

**PICCADILLY CAFETERIAS, INC.,**
**Now Known as CAPITAL CITY CORNICHON CORP., Debtor**
**United States Bankruptcy Court - Southern District of Florida**
**Case No. 03-27976-BKC-RBR - Chapter 11**

**Supplemental Final Distribution Check Deposited With Clerk Of Court**
**August 21, 2009**

| Claimant | Claimant Address 1 | Claimant Address 2 | City | State | Zip | Claim # | Claim Amount | Deposit With Clerk |
|---|---|---|---|---|---|---|---|---|
| A A A Self Storage | 201 Eisenhower Dr. | | Biloxi | MS | 39531 | Scheduled Liability | $ 75.00 | $ 0.11 |
| A Oak Farm, Inc. | 626 Oak Dr. | | Lexington | SC | 29073 | Scheduled Liability | 297.00 | 0.41 |
| ACCU-AIRE HEATING AND A/C INC | 207 MONTGOMERY ST STE 607 | | MONTGOMERY | AL | 36104-3535 | Scheduled Liability | 55.00 | 0.08 |
| Ace Carpet Cleaning | 708 N. Main St. | | West | TX | 76691 | Scheduled Liability | 541.00 | 0.75 |
| Affirmed Medical Services | P.O. Box 293268 | | Nashville | TN | 37229 | Scheduled Liability | 73.00 | 0.10 |
| AMBASSADOR POULTRY DIST, INC | PO BOX 802715 | | KANSAS CITY | MO | 64180-2715 | Scheduled Liability | 242.00 | 0.33 |
| AMERICAN MAINTENANCE INC | PO BOX 298 | | WHITE HOUSE | TN | 37188-0298 | Scheduled Liability | 496.00 | 0.67 |
| Chamblee High School | Touchdown Club | 3688 Chamblee Dunwoody Rd. | Chamblee | GA | 30341 | Scheduled Liability | 200.00 | 0.27 |
| CINGULAR INTERACTIVE LP | PO BOX 828435 | | PHILADELPHIA | PA | 19182- | Scheduled Liability | 52.00 | 0.07 |
| ANSLEY ACE HARDWARE | ANSLEY MALL HARDWARE INC | 1544 PIEDMONT AVE NE STE 117 | ATLANTA | GA | 30324-5018 | Scheduled Liability | 147.00 | 0.20 |
| Bay Area Window Cleaning Inc. | 5364 Ehrlich Rd. Pmb 388 | | Tampa | FL | 33624 | Scheduled Liability | 96.00 | 0.14 |
| BELLSOUTH AD & PUBLISH CORP | PO BOX 105862 | | ATLANTA | GA | 30348-5852 | Scheduled Liability | 483.00 | 0.67 |
| BRUCE VERBITSKY | ASHEVILLE MALL | 3 S TUNNEL RD STE # L-90 | ASHEVILLE | NC | 28805-2238 | Scheduled Liability | 378.00 | 0.53 |
| COVERALL CLEANING CONCEPTS INC | LEGAL DEPT. | 500 WEST CYPRESS CREEK RD #580 | FORT LAUDERDALE | FL | 33309- | Scheduled Liability | 1,345.00 | 1.86 |
| CREATIVE HANDS FLORIST | 3464 FELTON RD | | MEMPHIS | TN | 38128-4204 | Scheduled Liability | 250.00 | 0.35 |
| DAN ABRAM, D B A AIRKO | PO BOX 580 | | BLUFF CITY | TN | 37618-0580 | Scheduled Liability | 2,140.00 | 2.96 |
| DYNA-CLEAN INC | 420 INVESTORS PL STE 107 | | VIRGINIA BEACH | VA | 23452-1169 | Scheduled Liability | 380.00 | 0.53 |
| EXPANETS DIRECT | EXPANETS OF MISSISSIPPI INC | PO BOX 97569 | PEARL | MS | 39288-7569 | Scheduled Liability | 44.00 | 0.06 |
| Flawless Finish Window Cleaning | 4213 Arizona Ave | | Kenner | LA | 70065-1309 | Scheduled Liability | 40.00 | 0.06 |
| Honey Dew the Clown | 5508 Community | | Houston | TX | 77005 | Scheduled Liability | 200.00 | 0.27 |
| Integrity Locksmith Service Inc. | 6800 Bird Rd. #637 | | Miami | FL | 33155 | Scheduled Liability | 809.00 | 1.12 |
| Jackson's Sewing Center Inc. | 1379 E Reed Rd. | | Greenville | MS | 38703 | Scheduled Liability | 48.00 | 0.07 |
| Joseph D. Strauch | 200 Anthony Ave. | | Harahan | LA | 70123 | Scheduled Liability | 100.00 | 0.14 |
| KENNETH MCKLEMURRY | PO BOX 1592 | | MCCOMB | MS | 39649-1592 | Scheduled Liability | 120.00 | 0.17 |
| Kroger Co. | 1422 McArthur Village | | Alexandria | LA | 71301 | Scheduled Liability | 64.00 | 0.09 |
| LEWIS JACKSON CLEANING | 409 DANIEL AVE NE | | DECATUR | GA | 30032- | Scheduled Liability | 60.00 | 0.09 |
| Manny Vega | C/O Trumble & Associates | 1709 Pine St. | New Orleans | LA | 70118 | Scheduled Liability | 1,975.00 | 2.73 |
| Mike Vanderford | 2 Spring Lake Pt | | Jackson | MS | 39206 | Scheduled Liability | 68.00 | 0.10 |
| MIKE'S SIGN AND LIGHTING | 414 E OLD HICKORY BLVD | | MADISON | TN | 37115-3939 | Scheduled Liability | 450.00 | 0.62 |
| MISSOURI-AMERICAN WATER | PO BOX 419088 | | SAINT LOUIS | MO | 62525-2567 | Scheduled Liability | 526.00 | 0.73 |
| OCALA AAU BASEBALL ASSOC | PO BOX 830753 | | OCALA | FL | 34483-0753 | Scheduled Liability | 150.00 | 0.20 |
| PENNY'S GARDENING SERVICES | STATION 2 | PO BOX 663 | HOUMA | LA | 70360-0663 | Scheduled Liability | 175.00 | 0.24 |
| PERKINS GLASS COMPANY INC | PO BOX 31374 | | JACKSON | MS | 39286-1374 | Scheduled Liability | 125.00 | 0.18 |
| PLAZA FLORIST | 5700 READ BLVD STE 111 | | NEW ORLEANS | LA | 70127-8511 | Scheduled Liability | 117.00 | 0.17 |
| QUALITY WELDING & BOILER WKS | 5702 NORTHDALE ST | | HOUSTON | TX | 77087-4030 | Scheduled Liability | 712.00 | 0.98 |
| Randall's Glass | 404 Jefferson Ave. | | Hopewell | VA | 23860 | Scheduled Liability | 50.00 | 0.07 |
| RESTAURANT MAINTENANCE SERVINC | PO BOX 40 | | GRADY | AL | 36036-0040 | Scheduled Liability | 967.00 | 1.34 |
| Safety Zone Supply Co. Inc. | 270 Kari Glen Dr. | | Fayetteville | GA | 30215 | Scheduled Liability | 305.00 | 0.42 |
| SELECT FIRST AID INC | PO BOX 711818 | | CINCINNATI | OH | 45271-1818 | Scheduled Liability | 79.00 | 0.11 |
| Shaw Service Company | 1700 18th Pl | | Phenix City | AL | 36867 | Scheduled Liability | 369.00 | 0.52 |
| Slidell Youth Football Assoc | P.O. Box 1447 | | Slidell | LA | 70459 | Scheduled Liability | 250.00 | 0.35 |
| SOUNDCOM, LLC | 3520 LORNARIDGE DR | | HOOVER | AL | 35216-5247 | Scheduled Liability | 910.00 | 1.26 |
| St. Malachy Church | C/O Piccadilly Cafeterias, Inc | 7200 N. University Dr. | Tamarac | FL | 33321 | Scheduled Liability | 263.00 | 0.36 |
| St. Theresa Catholic Church | C/O Piccadilly Cafeterias | 511 N Airline Hwy | Gonzalez | LA | 70737 | Scheduled Liability | 117.00 | 0.17 |
| Sunrise Floor Systems LLC | P.O. Box 262401 | | San Diego | CA | 92196 | Scheduled Liability | 1,560.00 | 2.16 |
| True Vine Church of God | Piccadilly Cafeteria | 141 Northline Mall | Houston | TX | 77022 | Scheduled Liability | 57.00 | 0.08 |
| United Care | ATTN: J Meyers | 476 Twin Bridges Rd. Apt. 405 | Alexandria | LA | 71303 | Scheduled Liability | 35.00 | 0.05 |
| V F W PROGRAM | PUBLICATION OFFICE | 743 E SIX FORKS RD #417 | RALEIGH | NC | 27609-7831 | Scheduled Liability | 69.50 | 0.10 |
| VALOR TELECOM | PO BOX 660766 | | DALLAS | TX | 75266-0766 | Scheduled Liability | 274.00 | 0.38 |
| XSPEDIUS | PO BOX 201138 | | DALLAS | TX | 75320-1138 | Scheduled Liability | 22,139.00 | 30.66 |
| TOTAL | | | | | | | $ 40,467.50 | $ 56.08 |

**PICCADILLY CAFETERIAS, INC.,**
**Now Known as CAPITAL CITY CORNICHON CORP., Debtor**
**United States Bankruptcy Court - Southern District of Florida**
**Case No. 03-27976-BKC-RBR - Chapter 11**

**Supplemental Final Distribution Check Deposited With Clerk Of Court**
**August 21, 2009**

| Claimant | Claimant Address 1 | Claimant Address 2 | City | State | Zip | Claim # | Claim Amount | Deposit With Clerk |
|---|---|---|---|---|---|---|---|---|
| A & D Cleaning | P.O. Box 80328 | | Charleston | SC | 29416 | Scheduled Liability | $ 125.00 | $ 0.18 |
| A PLANT LIFE SERVICE INC | 1610 HARBOR LNDG | | ROSWELL | GA | 30076-3105 | Scheduled Liability | 167.00 | 0.23 |
| AA Afforable Safe Lock & Hrdwr | 3401 Farrow Rd. | | Columbia | SC | 29203 | Scheduled Liability | 55.00 | 0.08 |
| AIR TECH SERVICE CO LLC | 1892 BLACKISTON MILL RD | | CLARKSVILLE | IN | 47129-1306 | Scheduled Liability | 114.00 | 0.16 |
| AIR/HEAT AMERICA LLC | 5500 OAKBROOK PKWY STE 260 | | NORCROSS | GA | 30093-2274 | Scheduled Liability | 90.00 | 0.13 |
| Aldersgate Homes, Inc. | C/O Piccadilly Cafeterias, Inc | 2000 Crescent Centre Blvd. | Tucker | GA | 30084 | Scheduled Liability | 45.33 | 0.06 |
| Any Light Bulb & Fixture Inc. | Chandalier Shack Inc. | 29929 Lorain Rd. | North Olmsted | OH | 44070 | Scheduled Liability | 199.00 | 0.27 |
| Apostolic Temple | C/O Piccadilly Cafeteria Inc | 316 W Prien Lake Rd. | Lake Charles | LA | 70601 | Scheduled Liability | 85.00 | 0.12 |
| B & D Backflow | 2051 Kimbell Rd. | | Terry | MS | 39170 | Scheduled Liability | 200.00 | 0.27 |
| Cascade Water Services Inc. | 113 Bloomingdale Rd. | | Hicksville | NY | 11801 | Scheduled Liability | 100.00 | 0.14 |
| CHASE SERVICE COMPANY | 170 OAKWOOD LAKES DRIVE | | HAMPTON | GA | 30228-2864 | Scheduled Liability | 191.00 | 0.26 |
| CINTAS FIRST AID & SAFETY INC | 4350 OAKES RD | SUITE #520 & #521 | DAVIE | FL | 33314-2222 | Scheduled Liability | 126.00 | 0.18 |
| Colonial Sign Co. | P.O. Box 722 | | Colonial Heights | VA | 23834 | Scheduled Liability | 376.84 | 0.52 |
| Courtyard by Marriott-Coral Springs | 620 University Dr. | | Coral Springs | FL | 33071 | Scheduled Liability | 142.00 | 0.19 |
| Cuz the Clown | 2157 Ben Hill Rd. | | East Point | GA | 30344 | Scheduled Liability | 320.00 | 0.45 |
| DESIGN REFRIGERATION A/C CO | 3600 S STATE ROAD 7 STE 363 | | MIRAMAR | FL | 33023- | Scheduled Liability | 349.00 | 0.49 |
| Entergy Solutions LTD | P.O. Box 61071 | | New Orleans | LA | 70161 | Scheduled Liability | 5,324.00 | 7.37 |
| Flower Box | P.O. Box 1117 | | Independence | LA | 70443 | Scheduled Liability | 66.00 | 0.09 |
| GLYTHENIA GARR | 2538 W BARNETT SPRINGS AVE APT 11 | | RUSTON | LA | 71270-8127 | Scheduled Liability | 100.00 | 0.14 |
| HM Ramsey | 214 Dalewood Dr. | | Johnson City | TN | 37601 | Scheduled Liability | 150.00 | 0.20 |
| Horizons Parent Group | C/O Piccadilly Cafeteria | 151 Peachwood Centre Dr. | Spartanburg | SC | 29301 | Scheduled Liability | 28.00 | 0.04 |
| Jingles & Friends | 197 Antigua Dr. | | Lafayette | LA | 70503 | Scheduled Liability | 100.00 | 0.14 |
| Justin C. Albert | 607 Cedarwood Dr. | | Bonaire | GA | 31093 | Scheduled Liability | 76.00 | 0.11 |
| LOUIS ATKINS | 2237 HARDING ST | | HOLLYWOOD | FL | 33020-2344 | Scheduled Liability | 341.00 | 0.34 |
| Lumino Farms | 15160 E. Yellow Water Rd. | | Hammond | LA | 70403 | Scheduled Liability | 140.00 | 0.19 |
| MARTRAC | PO BOX 32218 | | LOUISVILLE | KY | 75019-3019 | Scheduled Liability | 194.00 | 0.27 |
| Mount Pilgrim Baptist Church | C/O Piccadilly Cafeteria Inc | 316 W Prien Lake Rd. | Lake Charles | LA | 70601 | Scheduled Liability | 30.00 | 0.04 |
| Nelson Elementary School | C/O Piccadilly Cafeteria Inc | 316 W Prien Lake Rd. | Lake Charles | LA | 70601 | Scheduled Liability | 17.00 | 0.02 |
| Oreagin Inc. | 2 Oysterwood Ln. | | Savannah | GA | 31411 | Scheduled Liability | 90.00 | 0.13 |
| PHIL'S CLEANING SERVICE | 418 ARMOUR DR NE # 1103 | | ATLANTA | GA | 30324-3900 | Scheduled Liability | 1,110.00 | 1.54 |
| Purify's Pure Wash & Details VC | 10350 Lands End Dr. Apt. 2813 | | Houston | TX | 77099 | Scheduled Liability | 150.00 | 0.20 |
| Roger Hardt | 2115 Plum St. | | Montgomery | AL | 36107 | Scheduled Liability | 130.00 | 0.18 |
| Southwest Elementary | C/O Piccadilly Cafeteria | 361 Jacksonville Mall | Jacksonville | NC | 28546 | Scheduled Liability | 9.00 | 0.01 |
| Specialty Stainless Inc. | 814 E. Goc John Sevier Hwy | Unit C | Knoxville | TN | 37920 | Scheduled Liability | 311.00 | 0.43 |
| St Andrew The Apostle | Piccadilly Cafeteria | 4150 General Degaulle Dr | NEW ORLEANS | LA | 70131-8231 | Scheduled Liability | 4.00 | 0.01 |
| St. Julia Ame Zion | C/O Piccadilly Cafeteria | 361 Jacksonville Mall | Jacksonville | NC | 28546 | Scheduled Liability | 6.00 | 0.01 |
| St. Paul Catholic Church | C/O Piccadilly Cafeterias, Inc | 1212 Southland Mall | Memphis | TN | 38116 | Scheduled Liability | 23.00 | 0.01 |
| STRATEGIC EQUIP & SUPPLY CORP | STRATEGIC / MEDLEY DIVISION | DEPT AT 49968 | ATLANTA | GA | 31192- | Scheduled Liability | 378.00 | 0.53 |
| Summersill Elementary | C/O Piccadilly Cafeteria | 361 Jacksonville Mall | Jacksonville | NC | 28546 | Scheduled Liability | 12.00 | 0.02 |
| Tamarac Elementary | C/O Piccadilly Cafeterias, Inc. | 7200 N University Dr | Tamarac | FL | 33321-2938 | Scheduled Liability | 13.00 | 0.02 |
| The Potter's House | C/O Piccadilly Cafeteria | 361 Jacksonville Mall | Jacksonville | NC | 28546 | Scheduled Liability | 31.00 | 0.04 |
| Thompson Elementary | C/O Piccadilly Cafeteria | 361 Jacksonville Mall | Jacksonville | NC | 28546 | Scheduled Liability | 12.00 | 0.02 |
| Trinity United Methodist-JVNC | C/O Piccadilly Cafeteria | 361 Jacksonville Mall | Jacksonville | NC | 28546 | Scheduled Liability | 53.00 | 0.08 |
| Verner Elem School | C/O Piccadilly Cafeteria, Univ Mall #413 | 1701 McFarland Blvd E | TUSCALOOSA | AL | 35404-5824 | Scheduled Liability | 14.00 | 0.02 |
| Verona Free Will Baptist | C/O Piccadilly Cafeteria | 361 Jacksonville Mall | Jacksonville | NC | 28546 | Scheduled Liability | 13.00 | 0.02 |
| Verona United Methodist | C/O Piccadilly Cafeteria | 361 Jacksonville Mall | Jacksonville | NC | 28546 | Scheduled Liability | 9.00 | 0.01 |
| Vultee Church of Christ | C/O Piccadilly Cafeteria | 874 Murfreesboro Pike | Nashville | TN | 37217 | Scheduled Liability | 60.00 | 0.09 |
| Water Zone Inc | P.O. Box 15886 | | West Palm Beach | FL | 33416 | Scheduled Liability | 42.00 | 0.06 |
| Whitehall A M E | C/O Piccadilly Cafeteria, Dutch Sq Cntr | 421 Bush River Rd | Columbia | SC | 29210 | Scheduled Liability | 10.00 | 0.01 |
| Whitehaven Community Baptist | C/O Piccadilly Cafeteria | 1212 Southland Mall | Memphis | TN | 38116-7808 | Scheduled Liability | 12.00 | 0.02 |
| TOTAL | | | | | | | $ 11,743.17 | $ 16.14 |

**PICCADILLY CAFETERIAS, INC.,**
**Now Known as CAPITAL CITY CORNICHON CORP., Debtor**
United States Bankruptcy Court - Southern District of Florida
Case No. 03-27976-BKC-RBR - Chapter 11

**Supplemental Final Distribution Check Deposited With Clerk Of Court**
August 21, 2009

| Claimant | Claimant Address 1 | Claimant Address 2 | City | State | Zip | Claim # | Claim Amount | Deposit With Clerk |
|---|---|---|---|---|---|---|---|---|
| AT&T | P.O. Box 9001209 | | Louiseville | KY | 40290- | Scheduled Liability | $ 117.00 | $ 0.17 |
| Athens Clarke County | P.O. Box 1948 | | Athens | GA | 30306 | Scheduled Liability | 2,041.80 | 2.83 |
| BERNARD ATKINS | 917 HANOVER AVE | | WINTER PARK | FL | 32789-1733 | Scheduled Liability | 200.00 | 0.27 |
| BILLY STAGG | 700 QUINTARD DRIVE | | OXFORD | AL | 36203- | Scheduled Liability | 16.00 | 0.02 |
| Carlos Sanchez Repair | 6801 SW 62nd Ct. | | South Miami | FL | 33143 | Scheduled Liability | 140.00 | 0.19 |
| Carolina Food Service Equip. | 1384 Joy Ave. | | Charleston | SC | 29407 | Scheduled Liability | 233.00 | 0.32 |
| Chesapeake Jail Ministry | C/O Piccadilly Cafeteria | S1020 Greenbr Mall | Chesapeake | VA | 23320 | Scheduled Liability | 41.00 | 0.06 |
| CITY OF FAYETTEVILLE | P.O. BOX 302 | | FAYETTEVILLE | GA | 30214- | Scheduled Liability | 734.28 | 1.01 |
| City of Gulfport | P.O. Box JJ | | Gulfport | MS | 39502 | Scheduled Liability | 325.42 | 0.46 |
| City of Hialeah | P.O. Box 1906 | | Hialeah | FL | 33012 | Scheduled Liability | 166.00 | 0.23 |
| City of Houston | Account #3265-7000-1122 | P.O. Box 61167 | Houston | TX | 77251 | Scheduled Liability | 1,195.46 | 1.66 |
| CITY OF ROSWELL | P.O. BOX 740587 | | ATLANTA | GA | 30374-0587 | Scheduled Liability | 1,734.76 | 2.40 |
| Cleanpro | GIC Enterprises | P.O. Box 1237 | Evans | GA | 30809 | Scheduled Liability | 75.00 | 0.11 |
| CLEMENT ROAD CHURCH OF GOD | Two Notch Road | | Columbia | SC | 29223- | Scheduled Liability | 24.00 | 0.03 |
| Crusade for Christ | 76 Southpark Circle | | Colonial Heights | VA | 23834 | Scheduled Liability | 9.00 | 0.01 |
| Culver Road Church | 1701 McFarland Blvd East | | TUSCALOOSA | AL | 35404 | Scheduled Liability | 25.00 | 0.04 |
| Daniel's Welding & Const Inc. | 5747 W. Creole Hwy | | Cameron | LA | 70631 | Scheduled Liability | 268.00 | 0.37 |
| DAVID CROUSE | 2525 LAKE DR APT 309 | | SINGER ISLAND | FL | 33404-4745 | Scheduled Liability | 520.00 | 0.72 |
| Edeniste Wood Working | 748 Acadian Thruway Apt. 3 | | Baton Rouge | LA | 70806 | Scheduled Liability | 114.00 | 0.16 |
| Ellen Thompson | 965 Meadow Oaks Dr | | Maryville | TN | 37803-5348 | Scheduled Liability | 15.00 | 0.02 |
| Ellison Plumbing | 2486 Wheeless Rd. | | Augusta | GA | 30906 | Scheduled Liability | 50.00 | 0.07 |
| Eudon Bent | P.O. Box 1089 | | Ashford | AL | 36312 | Scheduled Liability | 24.00 | 0.03 |
| FIRST CLASS CARPET SERVICE | 3361 Bloomfield Drive | | Macon | GA | 31206- | Scheduled Liability | 121.00 | 0.17 |
| Frankies Cleaning Serv. Inc. | 105 Hunters Ct. | | Lumberton | TX | 77657 | Scheduled Liability | 377.00 | 0.53 |
| Gadsen U-Haul Center | 1707 Kyle Ave. | | Gadsen | AL | 35901 | Scheduled Liability | 22.05 | 0.03 |
| GLOBAL EQUIPMENT COMPANY INC | PO BOX 5200 | | SUWANEE | GA | 30024-9501 | Scheduled Liability | 132.00 | 0.18 |
| Grace Fellowship Worship | 10906 Charles Rock Rd | | Saint Ann | MO | 63074-1506 | Scheduled Liability | 12.84 | 0.02 |
| His Power Cleaning | 4619 Chelwood Dr. | | Memphis | TN | 38141 | Scheduled Liability | 150.00 | 0.20 |
| James Lemons | 1047 Arcadia Drive | | Baton Rouge | LA | 70810 | Scheduled Liability | 46.50 | 0.07 |
| JOHNSON DIVERSEY, INC | DEPARTMENT 104901 | PO BOX 67000 | DETROIT | MI | 48267-1049 | Scheduled Liability | 158.00 | 0.21 |
| MR. GULF COAST CHAMBER | 1401 20th Ave | | Gulfport | MS | 39501- | Scheduled Liability | 325.00 | 0.45 |
| No More Chickens Inc. | DBA The UPS Store | 11770 Haynes Bridge Rd. Ste. 205 | Alpharetta | GA | 30004 | Scheduled Liability | 139.00 | 0.19 |
| Pat Barrett | 13398 Glen Brook Avenue | | Meadow View | VA | 24361 | Scheduled Liability | 33.00 | 0.05 |
| Petals Florist & Gift | 15729 E. Main St. | | Cut Off | LA | 70345 | Scheduled Liability | 54.35 | 0.08 |
| Pheonix Magnet | 1400 McArthur Drive | | Alexandria | LA | 71301 | Scheduled Liability | 49.00 | 0.07 |
| PINACLE INC | 76 DIVISION ST STE 206 | | WELLAND, ON L3B3Z7 | | | Scheduled Liability | 390.00 | 0.54 |
| Platt Springs U.M.C. | 421Bush River Rd. | | Columbia | SC | 29210 | Scheduled Liability | 88.00 | 0.13 |
| Potters House F.B.C. | 48 I-55 North, Suite 1 | | Jackson | MS | 39211 | Scheduled Liability | 34.00 | 0.05 |
| RAMSEY ELECTRIC SUPPLY CO INC | PO BOX 48 | | CHATTANOOGA | TN | 37401-0048 | Scheduled Liability | 132.00 | 0.18 |
| Rene Prejean | 2600 W. Beach Blvd. | | Biloxi | MS | 39531 | Scheduled Liability | 62.01 | 0.08 |
| Robert L. Windsor | P.O. Box 4866 | | Macon | GA | 31208 | Scheduled Liability | 383.00 | 0.53 |
| SAVILLE FOODS | P.O. 79400 | | BILTMORE | MD | 21279-0400 | Scheduled Liability | 271.39 | 0.38 |
| SOUTHWESTERN BELL | PO BOX 1550 | | HOUSTON | TX | 77251-1550 | Scheduled Liability | 228.00 | 43.64 |
| St Paul Catholic Church | C/O Piccadily Cafeteria | 1212 Southland Mall | Memphis | TN | 38116-7808 | Scheduled Liability | 23.00 | 0.03 |
| TIMOTHY WINTER | 8583 E CYPRESS POINT CT | | BATON ROUGE | LA | 70809-2285 | Scheduled Liability | 305.00 | 0.42 |
| Victory Head Quarters | C/O Piccadily Cafeterias | 700 Quintard Dr | OXFORD | AL | 36203-1845 | Scheduled Liability | 14.00 | 0.02 |
| VIRTUAL ONE | PO BOX 606 | | LYDIA | LA | 70569-0606 | Scheduled Liability | 65.00 | 0.09 |
| TOTAL | | | | | | | $ 11,683.86 | $ 59.52 |